UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.S., et al.,

                Plaintiff(s)

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,
                Defendant(s).
------------------------------------------------------------X

24 civ 4876 (JGK)

## ORDER

The parties shall provide the Court with a scheduling order pursuant to Rule 26(f) by **December 2, 2024.**

The November 6, 2024 conference is canceled.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      October 21, 2024