```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

A.S., ET AL.,

      Plaintiffs,

 - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

      Defendants.

24-cv-4876 (JGK)

ORDER

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

 On December 11, 2024, the plaintiffs filed an amended complaint. ECF No. 14. However, the plaintiffs did not have the ability to do so pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 15(a). Therefore, the amended complaint is stricken.

 The plaintiff may file a motion to amend the complaint in this case. The time for the plaintiff to file any such motion is **January 24, 2025.** The time for the defendants to respond is **February 14, 2025.** The plaintiffs may reply by **February 28, 2025.**

 The Clerk is directed to strike ECF No. 14.

SO ORDERED.

Dated: New York, New York
    December 19, 2024

               /s/ John G. Koeltl
               John G. Koeltl
             United States District Judge