```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

A.S., ET AL.,

          Plaintiffs,

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

          Defendants.

24-cv-4876 (JGK)

ORDER

―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The pretrial conference scheduled for January 22, 2025 at 12:00 p.m. is canceled.

SO ORDERED.

Dated:  New York, New York
       January 22, 2025

                                      _____
                                         John G. Koeltl
                                United States District Judge