```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

A.S., ET AL.,

        Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

        Defendants.

24-cv-4876 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On December 19, 2024, the Court provided the plaintiff leave to file a motion to amend the complaint in this case. ECF No. 18. The time for the plaintiff to file any such motion was January 24, 2025. Id. To date, no such motion has been filed.

The parties are each directed to submit a status report by **February 7, 2025.** If the plaintiff fails to file any such report by that date, this case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            January 31, 2025

                                            John G. Koeltl
                                      United States District Judge