```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

A.S., ET AL.,

                Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

24-cv-4876 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On February 10, 2025, the Court ordered the parties to provide a status report by **March 14, 2025**. ECF No. 22. To date, no such report has been submitted.

The time for the parties to provide a status report is extended to **March 21, 2025**. If the plaintiff fails to file any such report by that date, this case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            March 18, 2025

                                                  John G. Koeltl
                                     United States District Judge